United States Court of Appeals
Fifth Circuit

**F I L E D**

February 14, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10848
Conference Calendar

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

LARRY JOHN BALL,

                                    Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-373-ALL
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Larry
John Ball has requested leave to withdraw and has filed a brief
as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Ball
has not filed a response.  Our independent review of counsel's
brief and the record discloses no nonfrivolous issue for appeal.
Counsel's motion for leave to withdraw is GRANTED, counsel is
excused from further responsibilities, and the APPEAL IS
DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.